MICHAEL J. LEVANGIE, State Bar # 160163
SHAWN C. LOORZ, State Bar # 250985
**PROUT • LEVANGIE**
2021 N Street
Sacramento, CA 95811
Tel:  (916) 443-4849
Fax: (916) 443-4855

Attorneys for Defendant
1000 PACEHCO ROAD APARTMENTS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRAY,<br><br>         Plaintiff,<br><br>v.<br><br>1000 PACHECO ROAD APARTMENTS, LLC and DOES 1-10 inclusive,<br><br>         Defendants. | CASE NO. 1:14-CV-00987---JLT<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE CLERKS ENTRY OF DEFAULT**<br><br>(Doc. 10) |

Plaintiff Arthur Gray and defendant 1000 Pacheco Road Apartments, LLC, by and through their respective counsel of record, stipulate and agree to set aside the request for default entered against defendant, 1000 Pacheco Road Apartments, in the above-entitled matter, such that defendant, 1000 Pacheco Road Apartments, may respond to plaintiffs' First Amended Complaint.  Defendants' responsive pleading will be filed within ten (10) days of entry of order by the court to set aside the default.

////

////

////

**IT IS SO STIPULATED:**

DATED: August    , 2014          **POTTER HANDY**

                                  */s/ Michelle Uzeta*

                                  By:_____
                                     MICHELLE UZETA
                                     Attorneys for Plaintiff


DATED: August    , 2014          **PROUT • LEVANGIE**

                                  /s/ Shawn C. Loorz

                                  By:_____
                                     MICHAEL J. LEVANGIE
                                     SHAWN C. LOORZ
                                     Attorneys for Defendant,
                                     1000 PACHECO ROAD APARTMENTS, LLC

## **ORDER**

GOOD CAUSE APPEARING, the Court **ORDERS:**

1. The Clerk's entry of default entered against defendant, 1000 PACHECO ROAD APARTMENTS, LLC (Doc. 8), be **SET ASIDE**;

2. Defendant **SHALL** file its responsive pleading within 10 days.


IT IS SO ORDERED.

   Dated:   **August 21, 2014**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE