UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRAY, | Case No.  1:14-cv-00987 JLT |
| Plaintiff, | **ORDER REFERRING MATTER TO VDRP** |
| v. | **(Doc. 17)** |
| 1000 PACHECO ROAD APARTMENTS, LLC, | |
| Defendant. | |

On April 17, 2015, the parties filed a stipulation requesting the matter be referred to the Court's Voluntary Dispute Resolution Program.  (Doc. 17)  Therefore, good cause appearing, the matter is **REFERRED** to the **VDRP** and the matter is **STAYED**.

IT IS SO ORDERED.

Dated:  __April 28, 2015__          _____/s/ Jennifer L. Thurston__
                              UNITED STATES MAGISTRATE JUDGE