1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| **ARTHUR GRAY**,<br><br>        Plaintiff,<br><br>  v.<br><br>**1000 PACHECO ROAD APARTMENTS, LLC and Does 1-10 inclusive,**<br><br>        Defendants. | Case No.: 1:14-cv-00987 JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>**(Doc. 21)** |
|---|---|

The Parties report that they have reached terms of settlement in this matter and have requested that all currently set dates be taken off calendar pending finalization of the Parties' settlement agreement and filing of a stipulation of dismissal. (Doc. 21)  Therefore, the Court **ORDERS**:

1.       The stipulated request for dismissal SHALL be filed **no later than August 28, 2015**;

2.       All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **May 27, 2015**                                            **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE