# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRAY,<br><br>        Plaintiff,<br><br>  v.<br><br>1000 PACHECO ROAD APARTMENTS, LLC.,<br><br>        Defendant. | Case No.: 1:14-cv-00987<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS ACTION PURSUANT TO THE STIPULATION FOR DISMISSAL<br><br>(Doc. 24) |

On July 30, 2015, the parties filed a stipulation seeking to dismiss the action. (Doc. 24) The stipulation relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Once such a notice has been filed, an order of the Court is not required to effectuate the dismissal. Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

///
///
///
///
///

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **July 30, 2015**                    /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE